UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:10CV-101-R

KENT KIMBERLIN                                                                                        PLAINTIFF

V

COMMERCIAL RECOVERY SYSTEMS                                              DEFENDANT

## *ORDER OF DISMISSAL*

      **IT IS ORDERED** that said action is **DISMISSED** from the docket for failure to properly serve the defendant.

cc: Counsel